FURMAN T. HOWARD, Appellant, *v.* JANE L. HOWARD, Respondent, Impleaded with Others.

(Argued March 31, 1931; decided April 14, 1931.)

*Henry Schoenherr* for appellant.

*Percival E. Jackson* and *John P. McKenna* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.